No. 96–44.  CMC HEARTLAND PARTNERS v. UNION PACIFIC RAILROAD CO.  C. A. 7th Cir.  Certiorari denied.

No. 96–119.  ZUILL ET AL. v. SHANAHAN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–334.  RANGER INSURANCE CO. v. LOUISIANA.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 96–402.  LISA LEE MINES (TERRILYNNE COAL CO.) v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–466.  STUPAK-THRALL ET AL. v. UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–483.  LOWERY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–559.  INTERVINE OUTDOOR ADVERTISING, INC. v. GLOUCESTER CITY ZONING BOARD OF ADJUSTMENT ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 96–566.  WEBBER v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 96–567.  VIRGINIA v. BROWNER, ADMINISTRATOR OF ENVIRONMENTAL PROTECTION AGENCY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–576.  DAILY NEWS OF LOS ANGELES, A DIVISION OF COOKE MEDIA GROUP, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 96–578.  ALLEMNORE COMMUNITY HOSPITAL, DBA HUMANA HOSPITAL-TACOMA, ET AL. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 96–582.  WESTBORO BAPTIST CHURCH, INC. v. ST. DAVID'S EPISCOPAL CHURCH.  Ct. App. Kan.  Certiorari denied.